Same case below, 46 So. 3d 47.

**No. 10-8715. Douglas Charles Edwards, Petitioner v. Texas.**

563 U.S. 920, 131 S. Ct. 1818, 179 L. Ed. 2d 777, 2011 U.S. LEXIS 2657.

April 4, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

**No. 10-8722. Tyrone Lamar Roberson, Petitioner v. South Carolina Department of Corrections, et al.**

563 U.S. 920, 131 S. Ct. 1844, 179 L. Ed. 2d 777, 2011 U.S. LEXIS 2664.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 396 Fed. Appx. 968.

**No. 10-8727. Elizabeth Liggon-Redding, Petitioner v. Fidelity National Title Insurance Company, et al.**

563 U.S. 920, 131 S. Ct. 1818, 179 L. Ed. 2d 777, 2011 U.S. LEXIS 2624.

April 4, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 10-8742. M. V., Petitioner v. Florida Department of Children and Families.**

563 U.S. 920, 131 S. Ct. 1819, 179 L. Ed. 2d 777, 2011 U.S. LEXIS 2801.

April 4, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 46 So. 3d 47.

**No. 10-8746. Charles Montgomery, Petitioner v. United States Court of Appeals for the Ninth Circuit.**

563 U.S. 920, 131 S. Ct. 1845, 179 L. Ed. 2d 777, 2011 U.S. LEXIS 2633.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8750. Luis Enrique Corcoles, Petitioner v. California.**

563 U.S. 920, 131 S. Ct. 1819, 179 L. Ed. 2d 777, 2011 U.S. LEXIS 2645.

April 4, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Three, denied.

**No. 10-8756. Joseph Dyson, Petitioner v. Jerome W. Walsh, Superintendent, State Correctional Institution at Dallas, et al.**

563 U.S. 920, 131 S. Ct. 1819, 179 L. Ed. 2d 777, 2011 U.S. LEXIS 2791.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-8759. Edward R. Steiner, Petitioner v. Florida.**

563 U.S. 920, 131 S. Ct. 1819, 179 L. Ed. 2d 777, 2011 U.S. LEXIS 2648.

April 4, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.